**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**THOMAS CALVIN TURNER,** *et al.*,

                     *Plaintiffs,*

v.

**MERIDIAN PUBLIC SCHOOL DISTRICT OFFICE,** *et al.*,

                     *Defendants.*

CAUSE NO. 3:25-CV-854-CWR-ASH

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on June 18, 2026. Docket No. 12. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, Thomas Calvin Turner's false-arrest claim will proceed only against the Meridian School Assistant Police Chief. All other claims are dismissed as either frivolous or for failure to state a claim, as outlined in the Magistrate Judge's Report and Recommendation. All other parties are dismissed from this case. Mr. Turner shall await further court order regarding his surviving claim.

**SO ORDERED**, this the 27th day of July 2026.

                             s/ Carlton W. Reeves
                             UNITED STATES DISTRICT JUDGE